**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a Public Limited Company,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>MEENAKSHI OVERSEAS, LLC, a New Jersey Limited Liability Company,<br><br>Defendant-Appellee. | No. 23-15532<br><br>D.C. No. 2:14-cv-02961-DJC-CKD<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: BOGGS,[*] RAWLINSON, and H.A. THOMAS, Circuit Judges.

Appellee's Motion for Attorneys' Fees on Appeal Under Circuit Rule 39-1.6 and Fed. R. App. P. 38, filed March 28, 2024, is GRANTED and referred to the court's special master, Appellate Commissioner Lisa Fitzgerald, who shall conduct whatever proceedings she deems appropriate, and who shall have the authority to enter an order regarding the amount of fees and related considerations. *See* 9th Cir. R. 39-1.9. The Commissioner's order is subject to reconsideration by the panel. *Id.*

---

[*] The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.